UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERNEST HOWARD,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KATHY MENDOZA-POWERS,<br><br>　　　　　Respondent. | No. CV 06-7938-JHN (AGR)<br><br>**JUDGMENT** |

　　　Pursuant to the order adopting the magistrate judge's report and recommendation,

　　　IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: March 16, 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JACQUELINE H. NGUYEN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE